387 A.2d 120

Lincoln Bank, Appellant, v. Jimmy Bishop Productions, Inc., et al.

Argued December 7, 1977. Paul Shalita, with him Pierson, Jones & Nelson, for appellant; S. Manthrope, with him Richard D. Malmed, for appellees.

Order affirmed.